IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>DANIEL JOSEPH STAFFORD AND<br>KRISTIN M STAFFORD,<br>    Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br>    Movant,<br><br>        v.<br><br>DANIEL JOSEPH STAFFORD AND<br>KRISTIN M STAFFORD, and<br>SCOTT F. WATERMAN, Trustee,<br><br>    Respondents. | Bankruptcy No. 23-13123-amc<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 29th day of Feb., 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2016 Mercedes Benz 300, VIN: 55SWF4KB9GU147202.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge